OCTOBER 21, 1959.

No. ——. CHESSMAN v. CALIFORNIA. The application for a stay of execution of the death penalty imposed upon the petitioner presented to MR. JUSTICE DOUGLAS, and by

him referred to the Court, is granted pending the timely filing and consideration of a petition for certiorari. The application for extension of time to file such a petition for certiorari is denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications. *A. L. Wirin, Fred Okrand, Rosalie S. Asher* and *George T. Davis* for petitioner. *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondent.